Attorney for Material Witnesses

MAHIR T. SHERIF (SB# 135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA  92104
Telephone: (619) 297-4444
Facsimile: (619) 297-4115



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Thomas Whelan)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 06-CR-1219-W |
| Plaintiff, | **ORDER TO EXONERATE BOND, CLOSE INTEREST BEARING ACCOUNT, AND DISBURSE FUNDS** |
| vs. | |
| **DAVID LARA-NUCAMENDI,** | |
| Defendant | |

GOOD CAUSE APPEARING, it is hereby ordered that the material witness bond be exonerated and it is hereby ordered that the Clerk release the amount of $1,500.00, plus interest, from the interest bearing account in the above entitled case to **Elizabeth Mendoza De Esqueda, 39 Hemingway Ct., Trabuco Canyon, CA 92679, whose social security number is  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**.

IT IS SO ORDERED.

Dated: 8/31/06                                                    By: _____
                                                                   Honorable Judge Thomas Whelan

---

APPLICATION TO EXONERATE BOND, ORDER TO CLOSE INTEREST BEARING ACCOUNT,
DISBURSE FUNDS, AND ORDER THEREON